HEFNER, STARK & MAROIS, LLP
Michael R. Williams (CA Bar Assn. No. 186079)
2150 River Plaza Drive, Suite 450
Sacramento, CA 95833-3883
Telephone: (916) 925-6620
Fax No: (916) 925-1127

THORPE, NORTH & WESTERN, LLP
Peter M. de Jonge (Utah State Bar #7184)
Gordon K. Hill (CA Bar Assn. No. 218999)
8180 South 700 East, Suite 200
Sandy, Utah 84070
Telephone: (801) 566-6633
Fax No: (801) 566-0753

RAY QUINNEY & NEBEKER P.C.
Mark M. Bettilyon (Utah State Bar #4798)
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543

*Attorneys for Plaintiff CytoSport, Inc.*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CYTOSPORT, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>DYMATIZE ENTERPRISES, INC., a Texas corporation,<br><br>Defendant(s). | ORDER OF DISMISSAL WITH PREJUDICE<br><br>Case No.: 2:05-CV-01004 DFL PAN |

Pursuant to 41(a) of the Federal Rules of Civil Procedure, pursuant to a settlement agreement entered by the parties, and good cause appearing

1   IT IS HEREBY ORDERED that this action is dismissed with prejudice. The Court shall
2   retain jurisdiction over this matter solely to enforce the terms of the parties' settlement
3   agreement, should such enforcement be necessary. Each party will bear its own fees and costs.
4   DATED this 15th day of May, 2006.

BY THE COURT:

_[signature]_

United States District Judge

871655

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing ORDER OF DISMISSAL WITH PREJUDICE was mailed, in the United States Mail, postage prepaid, this ___ day of April 2006 to the following:

Philip L. Cohan
Eugene M. Pak
DLA PIPER RUDNICK GRAY CARY US, LLP
153 Townsend Street, Suite 800
San Francisco, California 94107-1957

Matthew G. Jacobs
DLA PIPER RUDNICK GRAY CARY US, LLP
400 Capitol Mall, Suite 2400
Sacramento, California 95814

Monica L. Thompson
DLA PIPER RUDNICK GRAY CARY US, LLP
203 North LaSalle, Suite 1900
Chicago, Illinois 60601-1293

REBECCA L. SHILTS

871344